# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2014

Robert P. Young, Jr.,
Chief Justice

148907
148909 & (88)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

AROMA WINES AND EQUIPMENT, INC.,
        Plaintiff/
        Counter-Defendant-Appellant,

v

        SC: 148907
        COA: 311145
        Kent CC: 09-011149-CK

COLUMBIAN DISTRIBUTION SERVICES,
INC.,
        Defendant/
        Counter-Plaintiff-Appellee.
_____/

AROMA WINES AND EQUIPMENT, INC.,
        Plaintiff/Counter-Defendant-
        Appellee, Cross-Appellant,

v

        SC: 148909
        COA: 311145
        Kent CC: 09-011149-CK

COLUMBIAN DISTRIBUTION SERVICES,
INC.,
        Defendant/Counter-Plaintiff-
        Appellant, Cross-Appellee.

_____/

On order of the Court, the applications for leave to appeal the December 17, 2013 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered. The applications for leave to appeal are GRANTED, limited to the issue of the proper interpretation of "converting property to the other person's own use," as used in MCL 600.2919a. The application for leave to appeal as cross-appellant remains pending.

Persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae. Motions for permission to file briefs amicus curiae should be filed in Docket No. 148907 only.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2014



t0916

        Clerk